# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:22-CR-053-MMD-CLB |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| STEVEN SCHERER, aka "Detroit," | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Steven Scherer, aka "Detroit," to the criminal offenses, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Steven Scherer, aka "Detroit," pled guilty. Criminal Indictment, ECF No. 1; Memorandum in Support of Plea, ECF No. 29; Change of Plea, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 34.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 25, 2024, through February 23, 2024, notifying all potential

third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 35-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Harrington & Richardson Tamer .410 gauge shotgun bearing serial number HG413667;
2. a Smith & Wesson .38 caliber revolver bearing serial number 938490;
3. a modified Mossberg model 500A .410 gauge shotgun bearing serial number P437004;
4. a Smith & Wesson .22 caliber revolver bearing serial number K60029; and
5. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Steven Scherer, aka "Detroit," and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that property shall be disposed of according to law.

/ / /

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __April 2_____, 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE